IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHILE RIVER, INC., MARK FRANZOY,
and WILLIAM FRANZOY,

    Plaintiffs,

v.                                          CIV 16-866 KG/LAM
                                           Consolidated with:
LOCKHART SEEDS, INC.,                 CIV 16-867 GJF/GBW & 16-868 GBW/GJF

    Defendant.

## ORDER ON UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES

**THIS MATTER** is before the Court on Defendants' Unopposed Motion to Consolidate Related Cases. (Doc. 5). The Court's jurisdiction arises under 28 U.S.C. § 1441. Having reviewed the parties' submissions and the relevant law, and being otherwise fully advised, the Court grants the motion.

These cases were initiated on near identical pleadings and are at the early stage of the proceedings. All 3 cases involve matters with similar questions of fact and similar questions of law. Consolidation will not cause delay, confusion, or prejudice. Consolidation will conserve the parties' resources, promote judicial economy, eliminate duplication of effort, and prevent inconsistent rulings.

    **THEREFORE,**

    **IT IS ORDERED** that Defendants' Motion to Consolidate Related Cases, (Doc. 5), is **GRANTED.**

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE