IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHILE RIVER, Inc., MARK FRANZOY,**
**and WILLIAM FRANZOY,**

     **Plaintiffs,**

v.                                    **No. CIV-16-0866 KG/LAM**
                                           **Consolidated with:**
                                           **No. CIV-16-0867 KG/LAM and**
                                           **No. CIV-16-0868 KG/LAM**

**LOCKHART SEEDS, Inc.,**

     **Defendant.**

## ORDER OF RECUSAL

**THIS MATTER** is before the Court *sua sponte*. Pursuant to the Judicial Code of Conduct, I am recusing from this case due to my husband's and his former law firm's representation of one or more of these parties in other matters.

**IT IS SO ORDERED.**

                                                                               _____
                                                                               **LOURDES A. MARTÍNEZ**
                                                                               **UNITED STATES MAGISTRATE JUDGE**