IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHILE RIVER INC., et al.,

    Plaintiffs/Counter-Defendants,

vs.                                                    Civ. No. 16-866 KG/GJF
                                                        Consolidated with
                                                        Civ. No. 16-867 KG/GJF
                                                        Civ. No. 16-868 KG/GJF

LOCKHART SEEDS, INC.,

    Defendant/Counter-Plaintiff.

## ORDER

This matter comes before the Court on Defendant/Counter-Plaintiff Lockhart Seeds, Inc.'s (Lockhart) Opposed Motion to Vacate and Reset Hearing (Motion), filed June 30, 2017. (Doc. 27). Plaintiff/Counter-Defendant Chile River Inc. (Chile River) filed a response on July 10, 2017, and Lockhart filed a reply on July 27, 2017. (Docs. 28 and 29). On August 8, 2017, the Court held a telephonic hearing on the Motion. Present at the hearing were Casey Stevenson and Stuart Schwartz, counsel for Chile River, and A. Blair Dunn and Dori Richards, counsel for Lockhart. Counsel for Chile River noted at the hearing that they no longer oppose the Motion. Accordingly,

IT IS ORDERED that the Opposed Motion to Vacate and Reset Hearing (Doc. 27) is granted in that the August 17, 2017, hearing set on Defendant's Motion to Dismiss Pursuant to Rule 12(b)(7) (Doc. 20) is vacated and reset for September 14, 2017, at 10:00 a.m. at the Mimbres Courtroom, United States District Court House, Las Cruces, New Mexico.

_____
UNITED STATES DISTRICT JUDGE