UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CHILE RIVER INC., et al.,

    Plaintiffs/Counter-Defendants,

v.                                                      Civ. Nos. 16-866 KG/GJF (lead case)
                                                          16-867 KG/GJF (consolidated)
LOCKHART SEEDS, INC.,                       16-868 KG/GJF (consolidated)

    Defendant/Counter-Plaintiff,

v.

KAMTERER PRODUCTS, LLC,

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

THIS MATTER comes before the Court upon Plaintiffs Chile River, Inc., Mark Franzoy, and William Franzoy's ("Plaintiffs'") Opposed Second Motion to Extend Plaintiffs' Deadline to File [Their] Response to Defendant Kamterter LLC's Motion to Dismiss ("Motion") [ECF No. 58], filed March 6, 2018. Defendant Kamterter Products, LLC ("Kamterter") filed its Response on March 20, 2018. ECF No. 63. Plaintiffs filed their Reply on April 2, 2018. ECF No. 64. The Court conducted a hearing on the Motion on April 17, 2018.

Based on its review of the parties' briefing, the arguments presented, and for the further reasons stated in open court, the Court now **ORDERS** the following:

1. Kamterter **SHALL** supplement its discovery relating to general personal jurisdiction up to and including October 27, 2017 - the date of the filing of Plaintiff's First Amended Complaint [ECF No. 40]. Kamterter shall produce all relevant materials no later than **May 1, 2018.**

1

2.  Plaintiff's Motion [ECF No. 58] is **HEREBY GRANTED**, and Plaintiffs' time to respond to Kamterer's Motion to Dismiss [ECF No. 44] is **HEREBY EXTENDED** to **May 15, 2018.**

3.  Kamterer's reply deadline is **HEREBY EXTENDED** to **May 29, 2018.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE