IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHILI RIVER, INC., MARK FRANZOY,
and WILLIAM FRANZOY,

    Plaintiffs/Counter-Defendants,

Civil Action No. 16-CV-00866-KG/GJF
Consolidated with:
CIV 16-867 KG/GJF & 16-868 KG/GJF

LOCKHART SEEDS, INC

    Defendant/Counter-Plaintiff,

and

KAMTERER PRODUCTS, LLC,

    Defendant.

## STIPULATED ORDER
## DEFENDANT KAMTERER PRODUCTS, LLC., EXTENSION
## TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

This Stipulated Order comes before the Court on the stipulation reached between the parties that Defendant Kamterer Products, LLC (hereinafter referred to as "Kamterer") shall have a one (1) week extension (June 5, 2018) to file a Reply in Support of Kamterer's Motion to Dismiss. (Doc. 44). On this basis,

IT IS ORDERED, that Kamterer's request for a one (1) week extension to file a Reply in Support of their Motion to Dismiss is approved; therefore, Kamterer's deadline to file a Reply is June 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/Gregory L. Biehler (5/29/18)*
    GREGORY L. BIEHLER
    LAURA ACKERMANN
    *Attorneys for Defendant*
    *Kamterter Products, LLC*
    8801 Horizon Blvd. NE, Suite 300
    Albuquerque, NM 87113
    (505) 828-3600
    greg.biehler@lewisbrisbois.com
    laura.ackermann@lewisbrisbois.com


Approved by:

SCOTT HULSE, P.C.

By: /s/*Casey S. Stevensen (approved via email 5/29/18)*
    CASEY S. STEVENSEN
    STUART R. SCHWARTZ
    ANDREW VELASQUEZ
    *Attorneys for Plaintiffs/Counter-Defendants*
    *Chili River, Inc., Mark Franzoy,*
    *and William Franzoy*
    1100 Chase Tower
    201 E. Main St.
    P.O. Box 99123
    El Paso, TX 79999-9123
    (915) 533-2493
    cste@scotthulse.com
    ssch@scotthulse.com
    avel@scotthulse.com


    I HEREBY certify that a true and correct copy of the foregoing was delivered to all counsel of record via electronic email this 29th day of May, 2018.

 */s/ Gregory L. Biehler*
GREGORY L. BIEHLER